IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAO CORPORATION and <br> KAO SPECIALTIES AMERICAS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NEXPRESS SOLUTIONS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-288-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME AS BETWEEN
DEFENDANT AND NON-PARTY HUNT IMAGING LLC**

WHEREAS, defendant served a subpoena *duces tecum* upon non-party Hunt Imaging LLC;

WHEREAS, Hunt Imaging LLC moved to quash the subpoena (D.I. 27);

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time by which defendant must respond to the motion to quash filed by Hunt Imaging LLC is further extended to and through April 18, 2005.

/s/ Amy A. Quinlan
Amy A. Quinlan (#3021)
MORRIS JAMES HITCHENS
 & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
*Attorneys for Hunt Imaging LLC*

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Defendant*

SO ORDERED this _____ day of March, 2005.

_____
United States District Judge

388372v1