IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAO CORPORATION and<br>KAO SPECIALTIES AMERICAS LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>NEXPRESS SOLUTIONS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-288-JJF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER FOR EXTENSION OF TIME AS BETWEEN DEFENDANT AND NON-PARTY HUNT IMAGING LLC

WHEREAS, defendant served a subpoena *duces tecum* upon non-party Hunt Imaging LLC;

WHEREAS, Hunt Imaging LLC moved to quash the subpoena (D.I. 27);

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time by which defendant must respond to the motion to quash filed by Hunt Imaging LLC is further extended to and through May 9, 2005.

| | |
|---|---|
| /s/ Amy A. Quinlan<br>Amy A. Quinlan (#3021)<br>MORRIS JAMES HITCHENS<br>  & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>(302) 888-6886<br>*Attorneys for Hunt Imaging LLC* | /s/ Francis DiGiovanni<br>Francis DiGiovanni (#3189)<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building<br>1007 Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>*Attorneys for Defendant* |

SO ORDERED this _____ day of April, 2005.

_____
United States District Judge

388372v2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on April 19, 2005, I electronically filed **STIPULATION AND ORDER FOR EXTENSION OF TIME AS BETWEEN DEFENDANT AND NON-PARTY HUNT IMAGING LLC** with the Clerk of the Court using CM/ECF which will send notification of such filing and we will serve via hand delivery to the following:

Richard L. Horwitz, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Edward M. McNally, Esq.
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

I hereby certify that on April 19, 2005, I have served via facsimile and by United States Postal Service via First Class Mail, the document to the following non-registered participants:

Arthur I. Neustadt, Esq.
Oblon, Spivak, McClelland,
 Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

/s/ Francis DiGiovanni
Francis DiGiovanni

388372_2