IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAO CORPORATION and<br>KAO SPECIALTIES AMERICAS LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NEXPRESS SOLUTIONS, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 04-288-JJF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiffs, Kao Corporation and Kao Specialties Americas LLC, and defendant, NexPress Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a)(1), as follows:

1. This action is dismissed with prejudice with each party to bear its own attorney fees and costs.

2. The Court retains jurisdiction to resolve any dispute concerning the agreement settling this action.

| POTTER ANDERSON & CORROON LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | /s/ Francis DiGiovanni<br>Rudolf E. Hutz (#484)<br>Francis DiGiovanni (#3189)<br>The Nemours Building<br>1007 Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>rhutz@cblh.com<br>fdigiovanni@cblh.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

680957